1  Robert A. Mosier, Esq. (SBN 164241)
   robertm@justiceforyou.com
2  Jessica Vanden Brink, Esq. (SBN 260548)
   JessicaV@justiceforyou.com
3  Lauren Welling, Esq. (SBN 291813)
   Laurenw@justiceforyou.com
4  **PHILLIPS LAW FIRM**
   2101 Rosecrans Avenue, Suite 3290
5  El Segundo, CA 90245
   Phone: 800-530-9800
6  Fax: 213-477-2120

7  *Attorneys for Plaintiff*

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 | CARMAN KANAEHOLO, a individual, | No.: 2:14-cv-04878-SJO-FFM
12 | Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE**
13 |
14 | vs. |
15 | MEDTRONIC, INC., a Minnesota
16 | corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC
17 | VERTELINK, INC.; and DOES 1 -50,
18 | Inclusive
19 |
20 | Defendants. |

21

22     IT IS HEREBY STIPULATED AND AGREED, by and between the

23 undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff

24 CARMAN KANAEHOLO 's claims in the above-captioned matter be dismissed with

25 prejudice, each party to bear its own costs.

26

27 / / /

28

– 1 –

| | | |
|---|---|---|
| 1 | DATED: August 15, 2014 | **PHILLIPS LAW FIRM** |
| 2 | | |
| 3 | | By: /s/ Robert A. Mosier |
| 4 | | Robert A. Mosier, Esq. (SBN 164241)<br>Jessica Vanden Brink, Esq. (SBN 260548)<br>Lauren Welling, Esq. (SBN 291813) |
| 5 | | **PHILLIPS LAW FIRM**<br>2101 Rosecrans Avenue, Suite 3290 |
| 6 | | El Segundo, CA 90245<br>Tel: (877)480-9142 |
| 7 | | Fax: (213)330-0346<br>robertm@justiceforyou.com |
| 8 | | |
| 9 | | *Attorneys for Plaintiffs* |
| 10 | DATED: August 15, 2014 | **REED SMITH LLP** |
| 11 | | |
| 12 | | |
| 13 | | By:  /s/ Michael K. Brown (with consent)<br>Michael K. Brown |
| 14 | | Attorneys for Defendants<br>Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc. |

– 2 –

## **CERTIFICATE OF SERVICE**

☒  I hereby certify that on August 15, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

/s/ Robert A. Mosier